UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SONY MARISOL ORTEGA DUARTE,

                 Plaintiff,

    -against-

HIGHLAND LIGHT STEAM LAUNDRY COMPANY,

                 Defendant.

21-CV-0990 (LLS)

ORDER TO AMEND

---

LOUIS L. STANTON, United States District Judge:

    Plaintiff brings this action *pro se.* By order dated February 5, 2021, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"). For the reasons set forth below, the Court grants Plaintiff leave to either refile her complaint with an English translation or file an amended complaint in English, within sixty days of the date of this order.

## DISCUSSION

    Because Plaintiff is proceeding IFP, the Court must screen her complaint. *See* 28 U.S.C. § 1915(e)(2)(B); *see also Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998). Plaintiff brings her claims using the Court's Employment Discrimination Complaint form. She checks the box to indicate that she is asserting claims under the Family and Medical Leave Act of 1993. In the "facts" section of the complaint form, she writes, "see attached." (ECF No. 2, at 5.) But the attached statement of facts is written in Spanish, and the Court is therefore unable to review it. Although this Court's local rules do not prohibit submission of pleadings in a foreign language, "[i]t is clear, to the point of perfect transparency, that federal court proceedings must be conducted in English." *United States v. Rivera-Rosario*, 300 F.3d 1, 5 (1st Cir. 2002); *see also United States v. Morales-Madera*, 352 F.3d 1, at *7 (1st Cir. 2003) ("The language of

the federal courts is English. Participants, including judges, jurors, and counsel, are entitled to understand the proceedings in English.").

Plaintiff is therefore directed to either refile her complaint with an English translation or file an amended complaint in English. *See, e.g.*, *Court of Common Pleas v. Kelly*, 417 F. App'x 126, 128 (3d Cir. 2011) (holding that where a district court's local rules do not prohibit submission of pleadings in a foreign language, such court should request a translation of foreign language pleadings or grant leave to amend the pleadings before taking final action on the foreign language filing).

Plaintiff may wish to consider contacting the New York Legal Assistance Group's (NYLAG) Legal Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. The NYLAG clinic can provide translation services. A copy of the flyer with details of the clinic is attached to this order. The clinic is currently **only** available by telephone.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

Plaintiff is granted leave to either refile her original complaint, together with an English translation, or file an amended complaint in English. Plaintiff must submit the complaint, with an English translation, or the amended complaint in English, to this Court's Pro Se Intake Unit within sixty days of the date of this order, and label the document with docket number 21-CV-0990 (LLS). An Amended Complaint for Employment Discrimination form is attached to this order. No summons will issue at this time. If Plaintiff fails to comply within the time allowed,

and she cannot show good cause to excuse such failure, the complaint will be dismissed, under Fed. R. Civ. P. 41(b), for failure to comply with a court order.

SO ORDERED.

Dated:  February 16, 2021
        New York, New York

                                             _____
                                                   LOUIS L. STANTON
                                                        U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

-against-

_____

_____

_____
*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant.  Addresses should not be included here.)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

\_\_\_ **Civ.** _____ ( \_\_\_ )

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

_____    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
***NOTE:***  *In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
***NOTE:***  *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
***NOTE:***  *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

_____    New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

**I.    Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  _____
            Street Address  _____
            County, City  _____
            State & Zip Code  _____
            Telephone Number  _____

B.    List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant   Name  _____
            Street Address  _____
            County, City  _____
            State & Zip Code  _____
            Telephone Number  _____

C.    The address at which I sought employment or was employed by the defendant(s) is:

            Employer  _____
            Street Address  _____
            County, City  _____
            State & Zip Code  _____
            Telephone Number  _____

**II.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

    _____        Failure to hire me.

    _____        Termination of my employment.

    _____        Failure to promote me.

    _____        Failure to accommodate my disability.

    _____        Unequal terms and conditions of my employment.

    _____        Retaliation.

*Rev. 07/2007*                                    2

      _____      Other acts *(specify)*: _____.

      *Note:* *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.    It is my best recollection that the alleged discriminatory acts occurred on: _____.
                                                                                                             *Date(s)*

C.    I believe that defendant(s) *(check one)*:

    _____      is still committing these acts against me.

    _____      is not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

      ☐    race  _____    ☐    color  _____

      ☐    gender/sex  _____    ☐    religion_____

      ☐    national origin  _____

      ☐    age.    My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

      ☐    disability or perceived disability, _____ *(specify)*

E.    The facts of my case are as follow *(attach additional sheets as necessary)*:

_____
_____
_____
_____
_____
_____

      *Note:* *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

**III.**    **Exhaustion of Federal Administrative Remedies**:

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ *(Date)*.

B.    The Equal Employment Opportunity Commission *(check one)*:

       _____    has not issued a Notice of Right to Sue letter.

       _____    issued a Notice of Right to Sue letter, which I received on _____ *(Date)*.

> *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.    Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

       _____    60 days or more have elapsed.

       _____    less than 60 days have elapsed.

## IV. Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

_____

_____
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this \_\_\_ day of _____, 20\_\_.

                    Signature of Plaintiff   _____

                    Address   _____

                                       _____

                                       _____

                                       _____

                    Telephone Number   _____

                    Fax Number *(if you have one)*   _____

# Notice For Pro Se Litigants



As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.

