UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY MARISOL ORTEGA DUARTE,<br><br>                  Plaintiff,<br><br>-against-<br><br>HIGHLAND LIGHT STEAM LAUNDRY INC.,<br><br>                  Defendant. | 21-CV-0990 (LLS)<br><br>ORDER OF DISMISSAL |

LOUIS L. STANTON, United States District Judge:

By order dated May 3, 2021, the Court directed Plaintiff to file a second amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the amended complaint. Plaintiff has not filed a second amended complaint. Accordingly, the amended complaint, filed *in forma pauperis* under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 27, 2021
           New York, New York

                                                          _Louis L. Stanton_
                                                          LOUIS L. STANTON
                                                              U.S.D.J.