UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONY MARISOL ORTEGA DUARTE,<br><br>      Plaintiff,<br><br>-against-<br><br>HIGHLAND LIGHT STEAM LAUNDRY INC.,<br><br>      Defendant. | 21-CV-0990 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 27, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: July 27, 2021
    New York, New York

                  *Louis L. Stanton*
                  LOUIS L. STANTON
                     U.S.D.J.